UNITED STATES DISTRICT COURT
FOR THE MDDLE DISTRICT OF FLORIDA

ALICIA WATKINS,

    Plaintiff,

v.

HILTON WORLDWIDE, INC.,

    Defendant.

Civil Action:_____

JURY TRIAL DEMANDED

FILED 2021 NOV -4 PM 2:40

## COMPLAINT FOR DAMAMGES AND DEMAND FOR JURY TRIAL

COMES NOW Plaintiff, Alicia Davis, temporarily *pro se*, and files this Complaint for Damages and Demand for Jury Trial against Defendant, Hilton Worldwide Inc, a Florida Corporation and would state as follows:

    1.    That this is an action for damages in excess of the sum of Seventy Five Thousand ($75,000.00) Dollars, exclusive of interest and costs.

    2.    At all times material hereto, Plaintiff, WATKINS, was a dual resident of Missouri and Maryland, and otherwise *sui juris*.

    3.    At all times material hereto, Defendant, HILTON, was a Florida Corporation authorized to conduct business in Florida and who was conducting business in Florida.

    4.    At all times material hereto, HILTON owned, operated, controlled, possessed and/or maintained HILTON Grand Vacations Club at Tuscany Village, which was located at or near, 8122 Arrezzo Way, Orlando, FL 32821, in Orange County, Florida.

Page 2

5. On November 6, 2017, Plaintiff, WATKINS, a confirmed guest, 6 months pregnant, and was lawfully on the Defendant's premises, was caused to slip and fall due to a dangerous, and/or unsafecondition, where water and/or cleaner was left on the floor.

## COUNT I - NEGLIGENCE AGAINST HILTON

6. Plaintiff alleges paragraphs 1-5 as if fully set forth herein.

7. At all times material hereto, Defendant, HILTON, owed Plaintiff, WATKINS, a duty to maintain its premises in a reasonably safe condition so as to be safe and free from foreseeable risks of harm, to refrain from conduct that would injure the Plaintiff, and to warnthe Plaintiff of any dangerous conditions on its premises. Defendant's duties are non-delegable.

8. On November 6, 2017, Defendant, HILTON, by and through its agents, servants, representatives, and/or employees, breached its duties owed to the Plaintiff,by one or more of the following ways:

   a. Negligently and carelessly failed to maintain the walkway and floor area free of water/cleaner.

   b. Negligently and carelessly failed to place cones, signs or otherwise warn or advise the Plaintiff of the presence of water on the floor; and/or

   c. Negligently and carelessly failed to take appropriate corrective or remedial action to maintain the floor on its premises; and/or

   d. Negligently failing to hire sufficient personnel to maintain the floors and/or;

   e. Negligently failing to hire the appropriate personnel to maintain the floors; and/or

   f. Negligently failing to properly train, educate, and/or monitor its employees, agents, servants and/or representatives, so that invitee's such as WATKINS can be safe and free from foreseeable risks of harm such as water and/or liquid and/or grime left on the floor; and/or

  g. Negligently and carelessly failed to properly and timely inspect the area of the floor where Plaintiff's accident occurred; and/or

  h. Negligently failed to institute or implement policies and procedures of a reasonable inspection and cleaning of its premises, thereby causing water /or liquid and/or grime to remain on their floors for an unreasonably long amount of time;

  i. Was otherwise negligent at the time and place complained of.

9. At all times material hereto, Defendant, HILTON, knew or, in the exercise of reasonable care, should have known of the dangerous and hazardous condition on its premises and/or the condition had existed for a sufficient length of time so that the Defendant knew or should have known of the condition and could have easily remedied the condition.

10. As a direct and proximate result of the negligence of the Defendant, as alleged above, Plaintiff, WATKINS, slipped and fell, and was caused to suffer bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, the expense of hospitalization, ongoing medical care and treatment, loss of earnings, loss of ability to earn money. These losses are permanent and continuing in nature, and the Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiff, sues Defendant HILTON, for compensatory damages in excess of the minimum jurisdictional limit of the Court, taxable costs, prejudgment interest, other damages to the extent allowable by law, and demands trial by jury of all issues so triable.

### COUNT II: VICARIOUS LIABILITY AGAINST HILTON

11. Plaintiff alleges paragraphs 1-5 as if fully set forth herein.

12. Defendant, is viciously responsible for the negligent acts and omissions of its agents, servants, representatives, employees and/or contractors, given its non-delegable duties.

Page 4

13. On November 6, 2021, HILTON agents, servants, representatives, employees and/or contractors had a duty to perform their work on behalf of HILTON with reasonable care.

14. On November 6, 2021, HILTON agents, servants, representatives, employees and/or contractors breached their duty of care and were negligent by one or more of the following ways:

   a. Negligently and carelessly failed to maintain the walkway and floor area free of water/cleaner.

   b. Negligently and carelessly failing to maintain and clean the floors in Defendant's premises; and/or

   c. Negligently and carelessly failed to place cones, signs or otherwise warn or advise the Plaintiff of the presence of debris on the floor; and/or

   d. Negligently and carelessly failed to take appropriate corrective or remedial action to maintain the floor; and/or

   e. Negligently failing to hire sufficient personnel to maintain the floors and/or;

   f. Negligently failing to hire the appropriate personnel to maintain the floors; and/or

   g. Negligently failing to properly train, educate, and/or monitor its employees, agents, servants and/or representatives, so that invitee's such as WATKINS can be safe and free from foreseeable risks of harm such as water and/or liquid cleaner left on the floor; and/or

   h. Negligently and carelessly failed to properly and timely inspect the area of the floor where Plaintiff's accident occurred;

   i. Negligently failed to institute or implement policies and procedures of a reasonable inspection and cleaning of the premises, thereby causingand/or to remain on the floors for an unreasonably long amount of time; and/or

Page 5

        j.        Was otherwise negligent at the time and place complained of.

15.    At all times material hereto, HILTON agents, servants, representatives, employees and/or contractors knew or, in the exercise of reasonable care, should have known of the dangerous and hazardous condition on the premises and/or the condition had existed for a sufficient length of time such that HILTON agents, servants, representatives, employees and/or contractors knew or should have known of the condition and could have easily remedied the condition.

16.    As a direct and proximate result of the negligence of HILTON agents, servants, representatives, employees and/or contractors, as alleged above, of which HILTON is vicariously liable given its non-delegable duties, Plaintiff, WATKINS, slipped and fell, and was caused to suffer bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, the expense of hospitalization, ongoing medicalcare and treatment, loss of earnings, loss of ability to earn money and/or aggravationof a previously existing condition. These losses are permanent and continuing in nature, and the Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiff, WATKINS, sues Defendant HILTON, for compensatory damages in excess of the minimum jurisdictional limit of the Court, taxable costs, prejudgment interest, other damages to the extent allowable by law, and demands trial by jury of all issues so triable.

Respectfully Submitted,
November 3, 2021

*Alicia Watkins Davis*
*18560 Mountain Laurel Terrace*
*Gaithersburg, MD 20879*
*417-413-3877*